IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED
AUG 2 0 2025
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DOCKET NO. 4:25-MJ-53 |
|  | ) (Misdemeanor) |
| RACHEL L. PENDERGRAST | ) VA 19 |
|  | ) |
|  | ) Court Date: September 8, 2025 |
|  | ) Time: 8:30 a.m. |

### CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. E1248970

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 25, 2025 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, RACHEL L. PENDERGRAST did unlawfully assault EDDY D. PENDERGRAST, JR. her spouse, by hitting and scratching the said EDDY D. PENDERGRAST, JR. about the body with her hands. (In violation of Title 18 United States Code, Section 113(a)(7).

### COUNT TWO
(Misdemeanor) Ticket No. E2274286

THE UNITED STATES ATTORNEY CHARGES:

That on or about 17 June, 2025 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, RACHEL L. PENDERGRAST did unlawfully assault EDDY D. PENDERGRAST, JR. her spouse, by hitting and scratching the said EDDY D.

PENDERGRAST, JR. about the body with her hands.  (In violation of Title 18 United States Code, Section 113(a)(7).

By: _____

ERIK S. SIEBERT
UNITED STATES ATTORNEY

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on _____, 2025, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant Rachel L. Pendergrast.

*/s/ Trey Jones*
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604